UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

DAVID L. HASSELL and
ANNMARIE HASSELL

CHAPTER 13 PLAN

Debtors.

---

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) shall pay to the trustee the sum of $300 monthly for a period of 60 months.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

   (1) A "Flat Fee" to debtor's attorney as provided by this Court's Administrative Order number 08-01 in the total amount of $3,500, with the balance of $2,250 to be paid through this Plan.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   Lienholder on residence, 2007 GMC, 2008 Honda, 2005 Chapand, 2004 Harley Davidson, 2005 John Deere and 1999 Holiday trailer to be paid outside Plan

   (c) Subsequent to pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

   Unsecured debt of approximately $135,607 to be paid at rate of five percent (5%)

3. The following executory contracts of the debtor are rejected: NONE.

## LIQUIDATION ANALYSIS

| ITEM | FMV | LIEN | EXEMPTION | NON-EXEMPT EQUITY |
|---|---|---|---|---|
| 1. Residence @ 389 Malta Ave, Ballston Spa, NY | 185,000 | 185,000 | N/A | -0- |
| 2. 2007 GMC | 8,450 (NADA Average Trade) | 9,935 | N/A | -0- |
| 3. 2005 Chapand Boat 205 SSI – 20' | 19,320 (NADA Average Trade) | 18,385 | N/A | 935 |
| 4. 2004 Harley FLHRCI Road King CLS | 9,305 (NADA Retail) | 2,674 | 2,400 | 4,231 |

MY BK CLIENTS: CHAPTER 13: PLAN.updated 4/08

| | | | | | |
|---|---|---|---|---|---|
| 5. | 2005 John Deere Compact Tractor | 7,500 | 4,650 | N/A | 2,850 |
| 6. | 1999 Holiday tow behind travel trailer | 5,000 | 6,067 | N/A | -0- |
| 7. | 1998 Cavalier (100K) | 750 | -0- | N/A | 750 |
| 8. | 2009 Chevy Aveo | 6,325 (NADA Average Trade) | -0- | 2,400 | 3,925 |
| | | | | TOTAL: | $12,691 |

Title to the debtor's property shall revest in the debtor on confirmation of a plan – upon dismissal of the case after confirmation pursuant to 11 U.S.C. Section 150.

Dated: 1-24-11     x /s/David L. Hassell                    /s/Annmarie Hassell     1-31-11
                        Debtor                                          Debtor

*Ann Marie Hassell* (handwritten signature)

MY BK CLIENTS: CHAPTER 13: PLAN.updated 4/08