UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:

| | |
|---|---|
| DAVID HASSELL | **MOTION TO DISALLOW CLAIM**<br>Chapter 13 Case No. 11-10228 |
| Debtor(s) | |

The Debtor, David Hassell, through his undersigned attorney, hereby moves to disallow the Proof of Claim filed by GE Money Bank, now transferred to InSolve Recovery, LLC, filed on the Claims Register as Claim 24-1 in the amount of $5,622.96 in the following respects:

1. On information and belief, the creditor does not have a perfected security interest in the alleged collateral, a 2008 Can Am 4x4.

2. The value of this eight year old machine is $2,205.00 or less, as appears from the attached NADA print. That in any event, Debtor has already paid the value of the machine through the Plan.

WHEREFORE, debtor requests the Proof of Claim be disallowed as Secured and reclassified as wholly unsecured.

Dated: 9/29, 2016

/s/David F. DeVall

DAVID F. DeVALL, ESQ.
Attorney for Debtors
59 Franklin Street
Saratoga Springs, NY 12866
(518) 584-8521



Autos   Motorcycles   RVs   Boats   Classic Cars   Manufactured Homes   Store

NADAGUIDES MOTORCYCLE PRICING   MOTORCYCLE RESEARCH TOOLS   COMPARE MODELS

Change Manufacturer > Change Year & Model > Change Options > Values



## 2008 Can-Am
Outlander 500 (4X4)

**Research another ATV**
Compare

**Skinner & Damulis**
Richfield Springs, NY

| Values | Specifications | Special Notes |

Values

## Values                                                            Print

|  | Suggested List Price | Low Retail | Average Retail |
|---|---|---|---|
| Base Price | $7,299 | $2,205 | $2,900 |
| Options: (add) | | | |
| **TOTAL PRICE:** | **$7,299** | **$2,205** | **$2,900** |

2016 Ram 1500

LEARN MORE

### ATVs for Sale

We found 5 Can-Am listings within 200 miles of your zip code.

View All

### ATV Insurance

Save with a FREE quote on a 2008 Can-Am

- Get your free Insurance Quote in minutes
- Protect your investment
- Stay protected for as low as $75 per year
- Customized Motorcycle Program made available to suit your coverage



OUTLANDER 800 XXC WITH EPS AND MORE

DS 90 with 1,111,111 miles

*PROGRESSIVE*   Submit

ATV Trader   Submit

### Sell your ATV

Post your ATV ad fast and for FREE
Be seen by over 1 million shoppers a month

ATV Trader   Submit

### ATV Resources

New and used ATV loans - Get approved quickly and safely
Buy a ATV price guide

New trucks and SUVs for your consideration

Research other trucks and cars

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF NEW YORK AT ALBANY | PROOF OF CLAIM |
|---|---|

| Name of Debtor: DAVID L. HASSELL, ANNMARIE HASSELL | Case Number: 11-10228 Ch 13 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): GE Money Bank | [ ] Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br>GE Money Bank<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br><br>Telephone number: (866) 670-2361 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>[ ] Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $9,911.16

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** See Attachment(s)
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** XXXXXXXXXXXX9257

   **3a. Debtor may have scheduled account as:** GE Money Bank - Bombardier
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   [ ] Real Estate   [ ] Motor Vehicle   [X] Other
**Describe:** 08 Cam Am 0004E8A00

**Value of Property:** $5,622.96   **Annual Interest Rate** ____ %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $5,622.96    **Amount Unsecured:** $4,288.20

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **SEE ATTACHMENT(S)**

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

[ ] Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

[ ] Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

[ ] Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

[ ] Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

[ ] Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

[ ] Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 3/12/2011 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/<br>STEVEN G. KANE<br>Authorized Agent<br>E-Mail: bline.chapter13@blinellc.com | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## ACCOUNT INFORMATION

| | |
|---|---|
| Debtor(s) Name: | HASSELL, DAVID |
| | HASSELL, ANNMARIE |
| Debtor(s) SSN: | XXX-XX-1954 |
| | XXX-XX-8797 |
| Account Number: | XXXXXXXXXXXX9257 |
| Creditor Name: | GE Money Bank |
| Assignor: | GE Money Bank - Bombardier |
| Open Date: | 02/10/2008 |
| Last Payment Date: | 10/12/2009 |
| Last Payment Amount: | $59.00 |
| Charge Off Date: | 05/16/2010 |
| Balance as of Filing: | $9,911.16 |
| Basis for Claim: | See Attachment(s) |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 11-10228 |
| Bankruptcy Filing Date: | 01/31/2011 |
| Current Chapter: | 13 |
| Court District: | NORTHERN DISTRICT OF NEW YORK |
| Court City: | ALBANY |
| Trustee: | ANDREA E CELLI |
| Counsel for Debtor(s): | DAVID F DEVALL |
| Counsel Address: | 59 FRANKLIN ST |
| | SARATOGA SPRINGS, NY 12866-3055 |

**0950 BRP**     59250     **SALES SLIP**

**GE MONEY BANK**

ACCOUNT NUMBER: 9 2 5 7

DEALER NUMBER: 5 3 4 8 1 2   0 9 5 0 2 0 0 7 9 0

CUSTOMER NAME: DAVID HASSELL

DEALER NAME: PROGRESSIVE MOTORSPORTS

CREDIT PLAN: 2 1 0   BRP 210 ATV Promo for all Can Am models except Sara (DESCRIPTION)

*SEE REVERSE SIDE FOR OTHER THAN STANDARD PLAN TERMS.

DEALER PHONE NUMBER: 5187474693

DEALER ADDRESS: 3158 ST RTE 4

AUTH CODE: 0 2 1 7 2 7

PROPERTY STATE: N Y

| Description | Item Value |
|---|---|
| YEAR 2 0 0 8  [X] NEW  [ ] USED | |
| MAKE C A N A M | |
| MODEL 0 0 0 4 E 8 A 0 0 | |
| VIN # 2 B V H G C K 1 8 8 V 0 0 0 9 8 4 | 9 8 4 4 . 9 1 |
| YEAR [ ] NEW [ ] USED | |
| MAKE | |
| MODEL | |
| VIN # | . |
| LIST MISC. ITEMS OVER $500 | |
| $ | . |
| $ | . |
| $ | . |
| $ | 0 . 0 0 |

DATE OF SALE: 0 2 / 2 1 / 2 0 0 8

DATE OF DELIVERY: 0 2 / 2 1 / 2 0 0 8

X [signature]   2-21-08
BUYER SIGNATURE    DATE SIGNED

By signing, I certify that the Promotional Credit Plan and Amount to be Financed are correct and I grant GE Money Bank a purchase money security interest in the collateral financed. I agree to the terms and conditions of any applicable Special Payment Plan (on the reverse side) and the GE Money Bank Credit Card Agreement governing my Account

| | |
|---|---|
| SUB TOTAL | 9 8 4 4 . 9 1 |
| SALES TAX | 6 9 9 . 1 5 |
| FILING FEES | . |
| OTHER FEES | 2 7 . 5 0 |
| CASH DOWN PAYMENT | . |
| NET TRADE-IN | . |
| TOTAL DOWN PAYMENT | 0 . 0 0 |
| AMOUNT TO BE FINANCED | 9 4 9 1 . 5 6 |

**STORE USE ONLY**

Applicant's ID (Type and Number)    Expires

Name of Employee Obtaining Verification    Date

GE USE ONLY   Ticket Number   59250

**BRP Credit Card cannot be used for down payments.**

200-526-00 (03/05) BRP

## PROGRESSIVE MOTORSPORTS, INC.
3058 State Route 4
HUDSON FALLS, NEW YORK 12839
(518) 747-4693
FAX (518) 747-4806

| CUSTOMER'S ORDER NO. | PHONE | | | DATE 2/21/8 | |
|---|---|---|---|---|---|
| NAME Dave Hassell | | | | | |
| ADDRESS 389 Malta Ave | | | | | |
| Ballston Spa NY 12020 | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | 705500606 Rear Tires | 132.77 | 220 43 |
| 2 | 705400421 Front Tires | 142.77 | 228 43 |
| 4 | Tire Mounting 0230-0076 Wheels | 84.95 | N/C 271 84 |
| 1 | 0223-0026 Caps | 15.95 | 12 76 |
| 1 | Clug11-Bx lugs | 20.95 | 16 76 |
| 1 | 715000254 Winch | 569.99 | 420 — |
| 1 | 715000286 Hitch plate | 30.99 | 24 79 |
| | | | 27 50 |
| | | | 8844 94 |
| | | TAX | 617 15 |
| | | TOTAL | 9491 59 |

**Store Credit Only on Returns.**

RECEIVED BY 2 of 2

20322                                        **Thank You!**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

AT ALBANY

In re:

DAVID L. HASSELL
ANNMARIE HASSELL

Debtor(s).

Bankruptcy Case No. **11-10228**

Chapter 13

CERTIFICATE OF SERVICE

I hereby certify that on the day I electronically filed the foregoing document and all applicable exhibits with the Clerk of the Bankruptcy Court using the CM/ECF system, the CM/ECF system sent notification of such filing to all parties of interest participating in the CM/ECF system, including, but not limited, to the following participants:

DAVID F DEVALL

ANDREA E CELLI

/s/ *(signature)*
STEVEN G. KANE
MS 550
PO Box 91121
Seattle, Washington 98111

B210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
For the Northern District of New York

In re David Hassell,                                        Case No. 11-10228

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

InSolve Recovery, LLC                                       GE Capital Retail Bank
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee                Court Claim # (if known): 24
should be sent:                                             Amount of Claim: $9,911.16
                                                            Date Claim Filed: 05/18/2011
InSolve Recovery, LLC
BOX 88710
MILWAUKEE, WI 53288-0710

Phone: 866-870-1717                                         Phone: (888) 676-2722
Last Four Digits of Acct #: 9257                            Last Four Digits of Acct. #: 9257

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Nichlas P. Spallas                                  Date: 2/6/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

General Electric Capital Corporation, GE Capital Retail Bank, GEMB Lending Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C. and GEM Holding, L.L.C. (collectively "Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to InSolve Recovery, L.L.C. (the "Buyer"), all right, title and interest in and to (i) the Accounts which are described on documents furnished by the Seller to the Buyer in connection herewith; and (ii) all proceeds of such accounts (each, an Account) after the close of business on December 29, 2011.

Pursuant to the foregoing assignment, the Seller stipulates that the Buyer may be substituted for the Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

Each of the obligations of the Seller required to be performed by the Seller on or prior to the date hereof pursuant to the terms of the Purchase Agreement dated December 19, 2011 between the Seller and the Buyer (the Agreement) has been duly performed; and all representations and warranties of the Seller made under such Agreement are true and correct as of the date hereof.

Dated: 12/30/11

**General Electric Capital Corporation**

By:_____
Name: Ken Wojcik
Title: Vice President

**GE Capital Retail Bank**

By: _____
Name: Glenn P. Marino
Title: ~~President~~ EVP

**GEMB Lending, Inc.**

By: _____
Name: Stephen Motta
Title: General Manager

**Monogram Credit Services, L.L.C.**

By: _____
Name: Glenn P. Marino
Title: President

**RFS Holding, L.L.C.**

By: _____
Name: Vishal Gulati
Title: CFO

**GEM Holding, L.L.C.**

By: _____
Name: Vishal Gulati
Title: CFO

## ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

General Electric Capital Corporation, GE Capital Retail Bank, GEMB Lending Inc., Monogram Credit Services, L.L.C., RFS Holding, L.L.C. and GEM Holding, L.L.C. (collectively "Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to InSolve Recovery, L.L.C. (the "Buyer"), all right, title and interest in and to (i) the Accounts which are described on documents furnished by the Seller to the Buyer in connection herewith; and (ii) all proceeds of such accounts (each, an Account) after the close of business on December 29, 2011.

Pursuant to the foregoing assignment, the Seller stipulates that the Buyer may be substituted for the Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise.

Each of the obligations of the Seller required to be performed by the Seller on or prior to the date hereof pursuant to the terms of the Purchase Agreement dated December 19, 2011 between the Seller and the Buyer (the Agreement) has been duly performed; and all representations and warranties of the Seller made under such Agreement are true and correct as of the date hereof.

Dated: 12/30/11

**General Electric Capital Corporation**

By: *Ken Wojcik* (signature)
Name: Ken Wojcik
Title: Vice President

**GE Capital Retail Bank**

By:_____
Name: Glenn P. Marino
Title: President

**GEMB Lending, Inc.**

By:_____
Name: Stephen Motta
Title: General Manager

**Monogram Credit Services, L.L.C.**

By:_____
Name: Glenn P. Marino
Title: President

**RFS Holding, L.L.C.**

By:_____
Name: Vishal Gulati
Title: CFO

**GEM Holding, L.L.C.**

By:_____
Name: Vishal Gulati
Title: CFO