So Ordered.

Signed this 6 day of December, 2016.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:                                              **ORDER DISALLOWING CLAIM**
    DAVID HASSELL and
    ANNMARIE HASSELL
                                     Chapter 13 Case No. 11-10228
                Debtors.
_____

      The Debtor, David Hassell, having filed a Motion to Disallow Claim 3-1 of Snap-On Credit LLC in the amount of $4,446.91; and said Motion coming before the Court for Hearing on November 10, 2016, and the Trustee having withdrawn her opposition to said Motion and there being no other filed opposition, and the Court finding proper service thereof and determined the Motion should be granted, it is

      ORDERED, the Proof of Claim of Snap-On Credit LLC of $4,446.91 is hereby disallowed.

                                       # # #